**FILED**
June 12, 2020
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:20-mj-00083-EFB |
| Plaintiff, ) | |
| v. ) | |
| ) | ORDER FOR RELEASE OF |
| DONTE MARCEL ANDERSON, ) | PERSON IN CUSTODY |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, DONTE MARCEL ANDERSON, Case No. 2:20-mj-00083-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $35,000.00.

  _X_   Co-Signed Unsecured Appearance Bond

  ____   Secured Appearance Bond

  _X_   (Other) Conditions as stated on the record.

  _X_   (Other) The Defendant is ordered released on June 15, 2020 at 9:00 a.m. to the custody of Mr. Alin Cintean (assigned counsel) or a family member approved by the Pretrial Services Officer.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  6/12/2020  at  2:20 p.m.

By  /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge